531 F.2d 316
 Eda Fay GRUBBS, Plaintiff-Appellant,
v.
WHITE SETTLEMENT INDEPENDENT SCHOOL DISTRICT et al.,
Defendants-Appellees.
 No. 75--1904.
 United States Court of Appeals,
Fifth Circuit.
 May 7, 1976.
 
 Dauphin Whitehead, Arlington, Tex., for plaintiff-appellant.
 David B. Owen, Cecil A. Morgan, Forth Worth, Tex., for defendants-appellees.
 Before GEWIN, GODBOLD and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Based on the opinion of the District Court reported at 390 F.Supp. 895 (N.D.Tex.1975), the judgment appealed from is AFFIRMED.